| AO 10*<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Dein. Judith G. | 2. Court or Organization<br><br>U.S. District Court. MA | 3. Date of Report<br><br>05/5/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S.Magistrate Judge-full time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>United States District Court<br>One Courthouse Way<br>Boston. Massachusetts 02210 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Fellow | Massachusetts Bar Foundation |
| 2. | Trustee | Union College. Schenectady. NY |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/5/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Goulston & Storrs - lawyer |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/5/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/5/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Agilent Technologies Inc. stock | | None | J | T | | | | | |
| 2. Blackrock Global Allocation A | C | Dividend | J | T | | | | | |
| 3. Columbia Short Term Bond Fund | B | Dividend | | | Sold | 04/16/13 | M | A | |
| 4. SBC Communications Inc. | A | Dividend | J | T | | | | | |
| 5. Bank of America account | B | Interest | M | T | | | | | |
| 6. Bank of America account | A | Interest | L | T | | | | | |
| 7. Vodafone Airtouch PLC | A | Dividend | J | T | | | | | |
| 8. ML S&P 500 MITTS | A | Interest | | | Closed | 01/01/13 | J | | See comment 1 |
| 9. Baron Growth Fund | D | Int./Div. | M | T | | | | | |
| 10. TRowe Mid Cap Fund | C | Int./Div. | M | T | | | | | |
| 11. MainStay S&P 500 Index Fund (Class1) (now Vanguard) | B | Int./Div. | M | T | | | | | |
| 12. Israeli Bonds | A | Dividend | J | T | | | | | |
| 13. Columbia Marsico Focused Cl C | A | Interest | | | Sold | 08/23/12 | L | | See comment 2 |
| 14. Main Stay MAP Fund Cl 1 | A | Int./Div. | M | T | | | | | |
| 15. AT&T stock | A | Dividend | J | T | | | | | |
| 16. Mass. ST CONS LN | B | Interest | L | T | | | | | |
| 17. Wells Fargo&Co Ser. J 8% perpetual | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/5/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Blackrock Global Allocation FD Inc A | D | Dividend | M | T | | | | | |
| 19. Loomis Sayles Invest Gr Bond Fund | C | Dividend | L | T | | | | | |
| 20. BANA INDU SV 8473.49 MPCD DJIA | D | Int./Div. | K | T | | | | | |
| 21. Needham Bank Acct & CD | A | Interest | L | T | | | | | |
| 22. FIA Card Services NA RASP | A | Interest | J | T | | | | | |
| 23. Consumer Discretionary Mut. Fund | A | Interest | | | Sold | 04/16/13 | K | | |
| 24. Health Care Select SPDR Mut. Fund | A | Interest | | | Sold | 04/16/13 | K | | |
| 25. ISHARES IBOXX $ Invest. Grade Corp. Bond Fund | A | Interest | K | T | | | | | |
| 26. ISHARES MBS BON Fund | A | Interest | K | T | | | | | |
| 27. Sector SPDR Consumers STPL | A | Interest | | | Sold | 04/16/13 | K | | |
| 28. Sector SPDR Energy | A | Interest | | | Sold | 04/16/13 | J | | |
| 29. Sector SPDR Industrial | A | Interest | K | T | | | | | |
| 30. SPDR Barclay Capital International | A | Interest | K | T | | | | | |
| 31. Vanguard Information | A | Interest | K | T | | | | | |
| 32. Vanguard Short Term Bond | A | Interest | | | Sold | 04/16/13 | L | | |
| 33. Phoenix Concierge Acct | A | Interest | K | T | | | | | |
| 34. Capital Income Builder Fund Class C-Am. Funds M/F | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/5/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   First Eagle Global Fund Class A M/F | A | Dividend | L | T | | | | | |
| 36.   Franklin Income Fund Class C M/F | A | Dividend | | | Sold | 03/15/13 | J | | |
| 37.   IVA Worldwide Fund Class C M/F | A | Int./Div. | J | T | | | | | |
| 38.   Income Fund of Am. Class C-Am. Funds M/F | A | Interest | K | T | | | | | |
| 39.   Neuberger Berman Equity Inc. Fund Class C M/F | A | Interest | K | T | | | | | |
| 40.   Nuveen Limited Term Mun Bond Fund Class C M/F | A | Interest | K | T | | | | | |
| 41.   PIMCO All Asset Fund Class C M/F | A | Interest | | | Sold | 09/18/13 | J | | |
| 42.   Thornburg Ltd Term Mun. Fund Class C M/F | A | Interest | L | T | | | | | |
| 43.   Western Asset Managed Municipals Fund Class I (X) | A | Dividend | L | T | | | | | |
| 44.   Vanguard Dividend Appreciation ETF | A | Dividend | K | T | Buy (add'l) | 05/21/13 | J | | |
| 45.   Vanguard REIT ETF | A | Dividend | K | T | Buy (add'l) | 05/21/13 | J | | |
| 46.   Vanguard Russell 1000 Value ETF | B | Dividend | M | T | Buy (add'l) | 05/21/13 | J | | See comment 3 |
| 47.   Vanguard Russell 1000 Value ETF | A | Dividend | L | T | | | | | |
| 48.   Blackrock Equity Dividend Fund | A | Dividend | K | T | | | | | |
| 49.   Blackrock Equity Dividend Fund | A | Dividend | K | T | | | | | |
| 50.   First Eagle Global Fund | B | Dividend | L | T | | | | | |
| 51.   Loomis Sayles Strategic Income Fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/5/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Loomis Sayles Strategic Income Fund | B | Dividend | K | T | | | | | |
| 53. Mainstay High Yield Corp. Bond fund | B | Dividend | K | T | | | | | |
| 54. Mainstay High Yield Corp. Bond fund | B | Dividend | K | T | | | | | |
| 55. MFS Emerging Markets Debt Fund | B | Dividend | K | T | | | | | |
| 56. MFS Emerging Markets Debt Fund | A | Dividend | J | T | | | | | |
| 57. Nuveen Diversified Commodity Fund | B | Dividend | K | T | Buy (add'l) | 05/21/13 | K | | |
| 58. Nuveen Energy MLP Total Return | B | Dividend | K | T | | | | | |
| 59. PIMCO Real Return Fund | A | Dividend | J | T | | | | | See comment 4. |
| 60. PIMCO Real Return Fund | A | Dividend | | | Sold | 04/16/13 | J | | |
| 61. PIMCO Total Return Fund | A | Dividend | K | T | | | | | |
| 62. PIMCO Total Return Fund | A | Dividend | K | T | | | | | |
| 63. TCW Total Return Bond Fund | A | Dividend | K | T | | | | | |
| 64. TCW Total Return Bond Fund | A | Dividend | K | T | | | | | |
| 65. Templeton Global Bond Fund | A | Dividend | K | T | | | | | |
| 66. | | | | | Buy (add'l) | 10/09/13 | J | | |
| 67. | | | | | Buy (add'l) | 11/07/13 | J | | |
| 68. Templeton Global Bond Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/5/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Royce Pennsylvania Mutual Fund | B | Dividend | K | T | Buy (add'l) | 04/16/13 | J | | |
| 70. Franklin Growth Fund | A | Dividend | L | T | | | | | |
| 71. Franklin Growth Fund | C | Dividend | L | T | | | | | |
| 72. Vanguard Russel 1000 Growth ETF | A | Dividend | L | T | | | | | |
| 73. Calamos Growth & Income Fund Class C M/F | A | Interest | | | Sold | 03/15/13 | K | | |
| 74. Clearbridge Equity Income Fund Class C M/F | A | Interest | K | T | Buy (add'l) | 03/15/13 | J | | |
| 75. Thornburg Investment Income Builder Fund Class C M/F | B | Interest | K | T | | | | | |
| 76. Thornburg Limited Term Municipal Fund Class A M/F | A | Interest | K | T | | | | | |
| 77. Capital Income Builder Fund Class F1-American Funds N/L | A | Interest | J | T | | | | | |
| 78. UBS Bank USA Dep. Acct (various) | A | Interest | N | T | | | | | |
| 79. ISHARES High Divid ETF(x) | B | Dividend | K | T | Buy | 04/16/13 | K | | |
| 80. Western Asset Managed Municipals Fund Class A(x) | A | Dividend | L | T | Buy | 04/16/13 | L | | |
| 81. Principal FDS Inc Global Divers. Income Fund Class P(x) | B | Dividend | L | T | Buy | 04/16/13 | K | | |
| 82. | | | | | Buy (add'l) | 05/21/13 | K | | |
| 83. Vanguard Russell 1000 Growth ETF(x) | A | Dividend | K | T | Buy | 04/16/13 | K | | |
| 84. Pioneer Strategic Income Fund Class A(x) | B | Dividend | L | T | Buy | 04/16/13 | L | | |
| 85. ING Lg Cap Value Fund(x) | A | Dividend | J | T | Buy | 03/15/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/5/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. PIMCO Unrestrained Bond Fund(x) | A | Dividend | J | T | Buy | 09/18/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/5/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. This small account was closed in 2012 when all of the Merrill Lynch accounts were moved to UBS

2. This should have been listed as sold on 08/23/12 in last year's report along with the rest of the Columbia Marcisco assets.

3. If the same asset is listed twice, it is because it is held in two different accounts.

4. PIMCO was sold in one account in full, and not sold in another account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Judith G. Dein**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544